**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1543**

HENRY LEWIS ASTROP,

                   Plaintiff – Appellant,

          v.

THE UNITED STATES SUPREME COURT OF THE UNITED STATES OF
AMERICA,

                   Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Henry E. Hudson, District
Judge.  (3:11-cv-00203-HEH)

Submitted:  September 19, 2011     Decided:  September 28, 2011

Before MOTZ, GREGORY, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Henry Lewis Astrop, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry Lewis Astrop appeals the district court's order dismissing his complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Astrop v. United States Supreme Court, No. 3:11-cv-00203-HEH (E.D. Va. Apr. 18, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED